## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL     'O'   JS-6

| Case No. | 2:14-cv-09211-CAS (JPRx) | Date | February 9, 2015 |
|---|---|---|---|
| Title | UMHOLTZ v. BANK OF AMERICA, N.A., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers)** PLAINTIFF'S MOTION TO REMAND (Dkt. No. 20, filed January 21, 2015)

The Court finds this motion appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing date of February 23, 2015, is vacated, and the matter is hereby taken under submission.

On October 27, 2014, plaintiff Christine Umholtz filed the instant action in Ventura County Superior Court against defendants Bank of America, N.A. ("Bank of America"), Nationstar Mortgage LLC ("Nationstar"), ReconTrust Company, N.A. ("ReconTrust"), and Does 1 through 20.  On December 1, 2014, Bank of America and ReconTrust removed the action to federal court on the basis of diversity jurisdiction. Dkt. No. 1.

On January 21, 2015, plaintiff filed a First Amended Complaint adding the Wolf Firm, a Law Corporation, as an additional defendant.[1]  Dkt. No. 19.  That same day, plaintiff filed a motion to remand this action to the Superior Court.[2]  Dkt. No. 20.  On

---

[1]In her motion to remand, plaintiff explains that her original complaint mistakenly alleged that ReconTrust recorded a notice of default that was actually recorded by the Wolf Firm.  Dkt. No. 20 at 5.  Plaintiff represents that she intends to dismiss ReconTrust from the action.

[2]Although plaintiff's motion asserts that she filed the case in the "California Superior Court for the County of Los Angeles" and noticed her motion as one for remand to that court, the complaint was filed in Ventura County Superior Court, and thus the action will be remanded there.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**       **'O'   JS-6**

| Case No. | 2:14-cv-09211-CAS (JPRx) | Date | February 9, 2015 |
|---|---|---|---|
| Title | UMHOLTZ v. BANK OF AMERICA, N.A., ET AL. | | |

February 5, 2015, Bank of America and ReconTrust filed a notice of non-opposition to the motion to remand.  Dkt. No. 24.  That notice "represent[s] . . . that in light of Plaintiff's First Amended Complaint, Defendants will not, and do not, oppose Plaintiff's Motion to Remand."  Id. at 1–2.

Because it is unopposed, the Court **GRANTS** plaintiff's motion to remand.  This action is hereby **REMANDED** to Ventura County Superior Court.

IT IS SO ORDERED

| 00 | : | 00 |
|---|---|---|

Initials of Preparer                    CMJ